Maxine A. Adams
EPSTEIN BECKER & GREEN, P.C.
1227 25th St, NW
Washington, D.C. 20037
Tel: 202.861.0900
MAdams@ebglaw.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| PHILLIP SULLIVAN, JR., *on behalf of himself and all others similarly situated*, | : : : : : : : : : : : : | Civil Action No.: 1:18 cv 09981 (GHW) |
| Plaintiff(s), | | |
| - against - | | **ECF** |
| A&E TELEVISION NETWORKS, LLC, | | **NOTICE OF APPEARANCE** |
| Defendant. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel in this case for defendant A&E TELEVISION NETWORKS, LLC. Please direct all correspondence and notices accordingly.

Dated: December 11, 2018               EPSTEIN BECKER & GREEN, P.C.

                                       By:   */s/ Maxine A. Adams*
                                             Maxine A. Adams
                                             1227 25th St., NW
                                             Washington, D.C. 20037
                                             (202) 861-0900
                                             MAdams@ebglaw.com
                                             *Attorneys for Defendant*